OPERATIVE REPORT

| | |
|---|---|
| PATIENT NAME: | MARIA BERMUDEZ DOMINGUEZ |
| DATE: | MAY 21, 2007 |
| SURGEON: | SALVADOR JIMENEZ COLON, MD, FACS |
| PREOPERATIVE DIAGNOSIS: | CORONARY ARTERY DISEASE |
| OPERATION PERFORMED: | TRIPLE CORONARY ARTERY BY PASS OFF PUMP (OM; LAD WITH LIMA; RCA) |

OPERATIVE FINDINGS: MUGA showed LVEF= 0.42. Catherization showed that the RCA gad two proximal eccentric lesions and plaques in the mid and distal portion. The LAD was calcified down to its mid portion - an area that had a lesion. There also a lesion in the proximal third and an apical lesion. The CX gave one OM which had a subtotal proximal lesion. During surgery the saphenous vein, LIMA an aorta were of good quality. There was mild cardiomegaly and large amount of epicardil adipose tissue. The OM was 1.75 mm; the LAD, RPD and RPL had palpable lesions along the vessels. The RCA had distal plaques. The target vessels were sub-optimal. The LAD was 1.5mm; the RCA 2.0mm.

OPERATIVE PROCEDURE:    The patient was prepped and draped under general anesthesia in the supine position. The chest was entered through a mid-sternotomy. The LIMA was dissected on its pedicle without entering pleural space. Simultaneously the saphenous vein was harvested from the left lower extremity. The pericardium was opened to the right of the midline. The patient was heparinized. Using the Guidant Axius and Xpose systems the distal anastomoses to the OM (1.75mm), LAD (1.5), RCA (2.0mm); were established with 7-0 prolene. The LIMA was anastomosed to the LAD. The proximal anastomoses were performed with 5-0 prolene using a partial occlusion clamp. A temporary pacemaker wire was implanted in the diaphragmatic portion of the RV and exteriorized through the chest wall. Protamine was administered through the peripheral vein and hemostasis was secured. The pericardial flap was approximated to the pleura. A no. 32 chest tube was inserted in the pericardium and exteriorized through the chest wall. The chest was closed with 5ga. wire for the sternum, no.1 vicryl for fascia, 3-0 vicryl for the subcutaneous tissue and 3-0 for the skin. The leg wounds were closed with 3-0 vicryl and 4-0 for the skin. Dressings were applied and the patient was returned to the ICU in good condition.


SALVADOR JIMENEZ COLON, MD., FACS

SJC/rbj

# SAINT LUKE'S EPISCOPAL HOSPITAL
## PONCE, PUERTO RICC

### OPERATION RECORD

02.004774                     05/16/0:
BERMUDEZ DOMINGUEZ,MARIA
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    L.INTE
ML00754094    PC HGP
ACEVEDO VALLES,JOSE J    ADM 1

NAME OF PATIENT: Maria Bermude    CASE NO. VL0000000794    5/21

Preoperative Diagnosis: Coronary artery Disease

Preoperative Condition: Stable

Anesthesia: GETA ; O2 Sevoflurane    Anesthetist: Dr Whatts MrsE J

Surgeon: Dr Jimenez    Assistants: Mrs Burgos, Mrs. Vega, MrsRiv

Operation Performed: Triple CABG -off pump (OM; LAD ← LIMA ; RCA)

condition During Operation: _____

Postoperative Diagnosis: _____

Postoperative Condition: _____

What specimens were sent to Pathologist? _____

Signature of Surgeon: _____    M.D.

Dr Jimenez



### HECTOR C. BUITRAGO, M.D.
MEDICINA INTERNA
HOSPITAL SANTA ROSA No. 1 • OFICINA 8
TEL. 864-0101 - EXT. 365 298
APARTADO 3060 - GUAYAMA, P.R. 00785



Sept. 26, 2001

To Whom It May Concern:

This is to certify that Maria Bermudez Dominguez, female 65 years of age, was treated by me from Oct. 28 1984 to Sept. 01, 2000.

Maria is a type I diabetic with history also of hypertension, atherosclerotic heart disease and osteoarthritis. In July of 2000 she had a transient ischemic attack. (TIA).

At patient's request I make this report.

H. Buitrago

### SOUTHERN HEALTHCARE GROUP, INC
*Carr. 3 km. 136.6*
*Calle Victoria #1, Sector Maguelles*
*Guayama, Puerto Rico 00785*
*Teléfonos (787)-866-1212, (787)-866-1247*

*23 de enero de 2008*

*A quien pueda interesar:*

*Por la presente certifico que el paciente **María Fonseca Montañez** , número de seguro social el **XXX-XX-1101**, 73 años de edad y número de record el **11-483**, es paciente del Centro Southern Healthcare Group, con la Dra. Nelia Yejo Vega.*

*La Sra Fonscea padece de las siguientes condiciones;*
- ✓ *CHOLELITIASIS*
- ✓ *S/P BY PASS CORONARIO*
- ✓ *IDDM*
- ✓ *HBP*
- ✓ *OA AVANZADA*

*Cualquier duda se pueden comunicar al Centro a los teléfonos arriba mencionado.*

*Gracias por su acostumbrada atención.*

*Dra Nelia Yejo Vega*
*Lic 14509*