IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA  CRIM. NO. 3:99CR00256-03 (PG)
Plaintiff

VS

EDWIN FRANCO RIVERA
Defendant

Motion Pro Se Requesting
Early Termination of Supervised Release

TO THE HONORABLE COURT:

Comes now, EDWIN FRANCO RIVERA respectfully states and prays:

1. On February 23, 2001, I was sentenced in the instant case to serve a prison term of 60 months, and a SRT of eight years.

2. After I served my prison term I was released by the BOP on July 1, 2005, and started to serve my Supervised Released Term.

3. Since my release I have maintained employment with Desarrollos Metropolitanos and have received promotions.

4. I have also maintained a stable place of residence.

5. I have complied with SMA payment and DNA collection.

6. For the past year I have sustained a meaningful relationship with a serious, hardworking lady. I would like to formalize our relationship as a free man.

7. I, Edwin Franco Rivera, honestly believe that I am completely rehabilitated and have no further need of supervision. I have been greatly helped by the supervision and assistance, I have received from the USPO. However, the resources that at the present time are used for my benefit can be dedicated to other individuals tha are in more need to be helped than I.

8. 18 U.S.C. Section 3583 (e) (1) authorizes the Court to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervised release.

Wherefore, I Edwin Franco Rivera respectfully pray from the Court to grant the present motion and issue an order granting me early release and discharging me from SR.

Respectfully submitted in San Juan, P.R. this  8/13/08  .

*Edwin Franco Rivera* (signature)

Edwin Franco Rivera
107 Georgetti St
Río Piedras PR  00925
Tel: 787-765-1085